# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:11-CV-179-RLV-DCK

| | |
|---|---|
| TERRY KERMIT JOHNSON, | )
| | )
| Plaintiff, | )
| | )
| v. | ) **ORDER**
| | )
| GRETCHEN C.F. SHAPPERT and | )
| TONY A. KELLER, | )
| | )
| Defendants, | )
| | )

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "...Statement Of Position Regarding The Denial Of The Motion To Plaintiff Requesting The Court To Appoint An Attorney. Doc. No.2" (Document No. 4) filed January 4, 2012, which the Court construes as a Motion For Reconsideration of its previous "Order" (Document No. 2) denying the appointment of counsel.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will respectfully deny the motion for reconsideration. The undersigned remains unconvinced that this is a civil action with such exceptional circumstances that the appointment of counsel is appropriate.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "...Statement Of Position Regarding The Denial Of The Motion To Plaintiff Requesting The Court To Appoint An Attorney. Doc. No.2" (Document No. 4), which the Court construes as a Motion For Reconsideration, is **DENIED**.

Signed: January 4, 2012

David C. Keesler
United States Magistrate Judge