# United States District Court
# For The Western District of North Carolina
# Statesville Division

TERRY KERMIT JOHNSON,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        5:11CV179

GRETCHEN C.F. SHAPPERT
and TONY A. KELLER,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2012 Order.

                                                   Signed: May 23, 2012

                                                   Frank G. Johns, Clerk
                                                   United States District Court